# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Jorge Alejandro Garza     *PRINCIPAL*
YOB: 2000
United States

## CRIMINAL COMPLAINT

Case Number:

**M-19-0412-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 19, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Arisson Borges-Rezende, a citizen of Brazil, along with two (2) other undocumented aliens, for a total of three (3), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Los Ebanos, Texas to the point of arrest near Sullivan City, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**    **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On February 19, 2019, Border Patrol Agents working near Los Ebanos, Texas observed a Mercury Grand Marquis drive around the community and shortly thereafter was observed leaving. Los Ebanos, Texas is highly notorious for alien and narcotic smuggling due to its close proximity to the Rio Grande River. Agents constantly monitor vehicle traffic entering the small community to identify possible illegal activity that may be developing.**

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

*Approved by David A. Lindenmuth*
*2/21/19*

Signature of Complainant

**Julio C. Peña**     **Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**February 21, 2019**    8:41 a.m.    at    **McAllen, Texas**
Date                                                                City and State

**Juan F. Alanis**     **, U. S. Magistrate Judge**
Name and Title of Judicial Officer                        Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-19-0412-M

**RE:** Jorge Alejandro Garza

**CONTINUATION:**

Agents observed the Grand Marquis enter and exit the community within a matter of minutes. Agents then requested a vehicle registration check, which returned to an address in San Juan, Texas. Suspecting that the vehicle may have just picked up illegal aliens or narcotics, agents contacted Sullivan City Police Department to assist with a traffic stop. A short time later, Sullivan City P.D. Officer conducted a traffic stop on the Grand Marquis for having illegal tint. Agents approached the vehicle and identified the driver as Jorge Alejandro Garza, who claimed to be a United States Citizen. In the back seat, three passengers were discovered. Agents conducted an immigration inspection and determined that Arisson Borges-Rezende along with the additional two passengers were illegally present in the United States. Garza's friend, the front passenger, a United States Citizen, was turned over to Sullivan City Police Department.

All subjects were placed under arrest and transported to the McAllen Border Patrol Station to be processed accordingly.

**PRINCIPAL STATEMENT:**
Jorge Alejandro Garza was read his Miranda Rights. He understood and agreed to provide a sworn statement.

Garza stated he drove along with his friend to Sullivan, Texas to pick up two people. Garza claimed that he was not aware he was picking up illegal aliens until his friend informed him about them. Garza claimed he was going to receive gas money for picking up the aliens. At the pickup location, Garza stated three (3) subjects boarded his car.